

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

| | |
|---|---|
| **To:** | The Honorable Martin Reidinger<br>U.S. District Court Judge |
| **From:** | Ben Racoff<br>U.S. Probation Officer |
| **Date:** | November 16, 2016 |
| **Re:** | Alfonzo Lopez Jr.<br>1:06cr000165-012<br>International Travel Request |

On 11/28/2007, Alfonzo Lopez Jr. was convicted in the Western District of North Carolina to Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841. The Honorable Lacy H. Thornburg sentenced the offender to 188 months imprisonment followed by five years supervised release. On 05/16/2008, the offender's term of imprisonment was reduced to 176 months. On 10/02/2015, the offender's term of imprisonment was reduced to 133 months pursuant to the Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C § 3582(c)(2). The above named offender began supervised release on 07/08/2016 and is residing in Wachula, FL and is supervised by the Middle District of Florida (MDFL).

Mr. Lopez Jr. has requested permission to travel with his aunt and uncle, Maria and Victor Carreno, and his two cousins to attend a family reunion in Mexico. The defendant reported that they would be traveling by vehicle and they would be staying at his Aunt Juana Rodriguez's residence located at Rancho La Huerta, Calle Allende #82, 38480 Mpio. Cortazar GTO, Mexico. The offender stated he has not seen a large part of his family in many years and would like to reconnect with his extended family. The offender has requested to leave on 12/14/2016 and would return on 01/04/2017. The offender is a U.S. citizen.

According to his supervising USPO, Jeff Tomaszewski from the MDFL, Mr. Lopez Jr. has complied with the terms and conditions of his supervised release, and has maintained employment since his release. He also does not object to the offender's request to travel.

Thank you for your time and attention to this matter. Should Your Honor have any questions, please do not hesitate to contact me at 828-771-7347.

THE COURT ORDERS:

X Permission to Travel Approved

☐ Permission to Travel Denied

☐ Other

Signed: November 22, 2016

*Martin Reidinger*
United States District Judge

**Date Signed:** _____